IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GERALD L. RAINES | : |
| Plaintiff(s) | : |
| vs. | : Case Number: 1:04-cv-00467 |
| WANZA JACKSON, et al. | : Senior District Judge S. Arthur Spiegel |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that Magistrate Judge's Report and Recommendation is ADOPTED.  Plaintiff's Motion to Voluntarily Dismiss [His] Complaint (doc. 43) is GRANTED.  This case is hereby DISMISSED.

7/5/05                                                          James Bonini, Clerk


                                                                s/Kevin Moser
                                                                Kevin Moser
                                                                Deputy Clerk